FILED
August 24, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRANDI AUTUMN PLIKERD,<br>Defendant. | Case No. 2:25-cr-00213-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release BRANDI AUTUMN PLIKERD, Case No. 2:25-cr-00213-JAM, Charge 21 USC 846, 841(a)(1), from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ______

X Unsecured Appearance Bond $ 25,000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other): The defendant's release is delayed until 08/25/2026 at 9:00 AM.

Issued at Sacramento, California on August 24, 2026 at 3:00 PM.

By: Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE