ERIC GRANT
United States Attorney
ERIN CORNELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRANDI AUTUMN PLIKERD,<br>Defendant. | CASE NO. 2:25-cr-00213-JAM<br>**<u>FIRST</u> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br>DATE: October 27, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. On August 20, 2026, this matter was set for status on October 20, 2026. The Court also excluded time between August 20, 2026 and October 20, 2026. ECF No. 8.

2. On September 29, 2026, on the Court's own motion, the status conference was continued to October 27, 2026.

3. By this stipulation, the parties now move to continue the status conference until **November 17, 2026, at 09:00 a.m.**, and to exclude time between October 20, 2026, and November 17, 2026, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case is

voluminous and includes investigative reports, lab reports, search warrant documents, photographs, and information obtained from cell phone downloads, email accounts, and social media accounts. Production of discovery has begun and is continuing.

b) Counsel for defendant desires additional time to review discovery, conduct investigation, consult with his client, and otherwise prepare for trial.

c) Furthermore, the defendant is currently participating in a 90-day in-patient drug treatment program in Fresno. She will still be in that program on October 27, 2026, the date currently set for status.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 20, 2026 to November 17, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 5, 2026

ERIC GRANT
United States Attorney

/s/ *Erin Cornell*
Erin Cornell
Assistant United States Attorney

Dated: October 5, 2026

/s/ Douglas Beevers
Douglas Beevers
Counsel for Defendant
BRANDI AUTUMN PLIKERD

**ORDER**

IT IS SO ORDERED.

Dated: October 09, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE